UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

BRUCE ALAN WOLFE
SSN: xxx-xx-4472

CASE NUMBER:   06-31236
CHAPTER 13

MARSHA KAYE WOLFE
SSN: xxx-xx-0981
Debtors

---

### NOTICE TO FORT WAYNE CARDIOVASCULAR SURGEONS THAT $11.93 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Fort Wayne Cardiovascular Surgeons, creditor herein, and deposits $11.93 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Fort Wayne Cardiovascular Surgeons was:

    1818 Carew Street, Suite 250
    Fort Wayne, IN 46805

2. That the creditor did not cash the Trustee's disbursement check number 687872 dated March 1, 2011, in the amount of $11.93, and it has been voided.

3. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: September 20, 2011

/s/ Debra L. Miller,
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on    September 20, 2011

By U.S. Mail postage prepaid

Debtors: Robert and Marsha Wolfe, 262 South Fisher Street, Wabash, IN 46992
Creditor: Fort Wayne Cardiovascular Surgeons, 1818 Carew Street, Suite 250, Fort Wayne, IN 46805

By electronic mail via CM/ECF:
Debtors' Attorney: Brad A. Woolley
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King